1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS J. BOLLEFER,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　Defendant. | CASE NO. C21-1605-RAJ<br><br>~~PROPOSED~~ **ORDER DENYING IFP APPLICATION AND DISMISSING THE CASE WITH PREJUDICE** |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge J. Brian A. Tsuchida. The court has carefully examined the report and recommendation, objections, the record, all other relevant documents, and the governing law.

Based on the foregoing, the court hereby **ORDERS**:

(1)　　The court **ADOPTS** the Report and Recommendation.

PROPOSED ORDER DENYING IFP APPLICATION AND
DISMISSING THE CASE WITH PREJUDICE - 1

1   (2) Plaintiff's application to proceed *in forma pauperis* is **DENIED** as frivolous and
2       for failure to state a claim on which relief may be granted. 28 U.S.C.
3       § 1915(e)(2)(B)(i)–(ii).
4   (3) This matter is **DISMISSED** with prejudice as frivolous and for failure to state a
5       claim on which relief may be granted.
6   (4) The Clerk is directed to send a copy of this order to plaintiff.

DATED this 12th day of May, 2022.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge